**Order filed September 10, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00145-CV

————————

**PEI YUNG LEE AND MEI-KUNG LEE, Appellants**

**V.**

**CHIEH-JU HSLAO, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-199723**

# O R D E R

Appellants' brief was due July 18, 2013**.** No brief or motion for extension of time has been filed.

Unless appellants file their brief with the clerk of this court on or before **September 25, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM